USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**Marcos Calcano, on behalf of himself and all other persons similarly situated,**

       **Plaintiff,**

  -against-

**Pablo Designs a/k/a Pablo, Inc.,**

       **Defendant.**

**1:22-cv-02565 (PAE) (SDA)**

<u>**ORDER**</u>

**STEWART D. AARON, United States Magistrate Judge:**

  This case has been assigned to me for general pretrial management. (ECF No. 7.) The parties (or, if no defendant has appeared in the case, only the plaintiff) shall appear for a Telephone Conference on Tuesday, May 17, 2022, at 11:30 a.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:  New York, New York
     May 5, 2022

               _____
               STEWART D. AARON
               United States Magistrate Judge