UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARCOS CALCANO, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                Plaintiffs,

        v.

PABLO DESIGNS d/b/a/ PABLO, INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF CASE

No.: 1:22-cv-2565

**STIPULATION OF DISMISSAL**

       IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, MARCOS CALCANO, and Defendant, PABLO DESIGNS d/b/a PABLO, INC., in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
          June 11, 2022

**GOTTLIEB & ASSOCIATES.**

*/s/ Jeffrey M. Gottlieb*

Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Attorneys for Plaintiff

**MELTZER, LIPPE, GOLDSTEIN &**

**BREITSTONE, LLP**

*/s/ Gerald C. Waters*

Gerald C. Waters, Jr., Esq.
190 Willis Avenue
Mineola, NY 11501
Phone: (516) 747-0300, ext. 173
Attorneys for Defendant

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
6/16/2022

4871-6870-0197.1